### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY L. ROBINSON, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-08-1017-F |
| | ) |
| H.A. LEDEZMA, Warden, | ) |
| | ) |
|     Respondent. | ) |

### ORDER

In this action, petitioner, a federal prisoner, seeks habeas relief under 28 U.S.C. § 2241. Petitioner appears *pro se*, and his pleadings are liberally construed.

Magistrate Judge Bana Roberts entered her Report and Recommendation in this matter on December 31, 2008. (Report, doc. no. 11.) In that report, the magistrate judge recommended that the motion of respondent to dismiss this action because it is moot, be granted. (Motion to dismiss at doc. no. 9.) The report further advised petitioner of his right to file an objection to the report by January 20, 2009, and stated that failure to make timely objection to the report waives petitioner's right to appellate review of both factual and legal issues contained in the report. No objection has been filed, and no request for any additional extensions has been made.

After review of the Report, the record, and the relevant authorities, and with there being no objection, the court finds and concludes that it concurs with the magistrate judge's determinations and that no purpose would be served by repeating those determinations, or any analysis, here.

Accordingly, the Report and Recommendation of Magistrate Judge Bana Roberts is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. For the reasons stated in the report, respondent's motion to dismiss is **GRANTED**. The

petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** with prejudice as moot.

Dated this 18th day of February, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-1017p002.wpd